178 F.3d 1279
 Steven L. McGrath
v.
PA Holding Limited, PA Consulting Group, Inc., PA Consulting
Group Inc. Pension Plan and Trust, Francis M. Farella, as
Administrator of PA Consulting Group Inc. Pension Plan and
Trust, David J. Coulter, Priscilla Chura, Dale M. Galvin,
timothy John Gerrad, James M. Lyneis, Jon P. Moynihan, David
R.Shinkfield, J. Boyne Stewart, John Does, (1-10), as
Trustees of PA Consulting Group Pension Plan and Trust,
Richard Roes, (1-10), As Directors of PA
 NO. 98-6039
 United States Court of Appeals,
Third Circuit.
 March 31, 1999
 Appeal From: D.N.J. ,No.97cv3942
 
 1
 Affirmed.